UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

IN RE:

STEPHEN BRADLEY HALFERTY,   CASE NO. 22-00101-5-DMW
                            CHAPTER 13

DEBTOR

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Filing Bankruptcy, Meeting of Creditors and Deadlines, and Proof of Claim form were served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Amy Preuss Halferty
1132 Shadow Lake Drive
Raleigh, NC 27615

John S. Austin
PO Box 17529
Raleigh, NC 27619

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 9, 2022   SASSER LAW FIRM

/s/ Travis Sasser
Travis Sasser, State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com
*Attorney for Debtor*