# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# RALEIGH DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case 22-00101-5-DMW |
| STEPHEN BRADLEY HALFERTY, ) | Chapter 13 |
| ) | |
| *Debtor.* ) | |
| ) | |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Ryan C. Hardy of the law firm of Spencer Fane LLP hereby enters a notice of special appearance as counsel for Ever-Seal, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Brian R. Anderson of the law firm of Fox Rothschild LLP.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

This the 16th day of February, 2022.

SPENCER FANE LLP

By: /s/ *Ryan C. Hardy*
Ryan C. Hardy
Partner
1 N. Brentwood Blvd., Suite 1000
St. Louis, Missouri 63105
Telephone: (314) 863-7733
Facsimile: (314) 862-4656
rhardy@spencerfane.com
*Attorney for Ever-Seal, Inc.*

/s/ Brian R. Anderson
Brian R. Anderson
N.C. State Bar No. 37989
Fox Rothschild LLP
230 N. Elm St., Suite 1200
Greensboro, NC 27401
branderson@foxrothschild.com
(336) 378-5205

## CERTIFICATE OF SERVICE

I certify that on February 16, 2022, I caused the foregoing to be served as follows:

*By Electronic Mail to:* William E. Brewer, Jr., wbrewer@sasserbankruptcy.com (counsel to Debtor) and Travis Sasser, travis@sasserbankruptcy.com (counsel to Debtor); and Synchrony Bank, c/o PRA Receivables Management, LLC, Claims_RSMC@PRAGroup.com (per 2002(g) notice at d/e 6).

*By Overnight Mail to:* Attn: Capital One Auto Finance, a division of Capital One, N.A. Department AIS Portfolio Services, LP, Account: XXXXXXXX9524, 4515 N. Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118 (per 2002(g) notice at d/e 10); John F. Logan, Office of the Chapter 13 Trustee, PO Box 61039, Raleigh, NC 27661-1039.

/s/ Ryan C. Hardy

2
108096684.1
NSH 2431296.1