# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Stephen Bradley Halferty  
*( debtor has no known aliases )*  
1132 Shadow Lake Dr.  
Raleigh, NC 27615  

CASE NO.: 22–00101–5–DMW  
DATE FILED: January 14, 2022  
CHAPTER: 13  

ORDER CONTINUING 341 MEETING OF CREDITORS

IT IS ORDERED that the section 341 meeting of creditors for Stephen Bradley Halferty is continued.

DATE: Monday, March 14, 2022  
TIME: 10:30 AM  
PLACE: Appear by Video – Meeting Information,, http://www.nceba.uscourts.gov/zoom341s  

The hearing on confirmation will be held on:

DATE: Wednesday, April 6, 2022  
TIME: 10:30 AM  
PLACE: 300 Fayetteville Street, 3rd Floor Courtroom, Raleigh, NC 27601  

The movant must transmit a copy of this order to all creditors, and a certificate of service must be filed with the court within three (3) days evidencing service.

DATED: February 17, 2022

David M. Warren  
United States Bankruptcy Judge