## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

IN RE:

STEPHEN BRADLEY HALFERTY,      CASE NO. 22-00101-5-DMW
                                                    CHAPTER 13

    DEBTOR

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Order Continuing 341 Meeting of Creditors was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

    ALL PARTIES ON ATTACHED MAILING MATRIX

I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 18, 2022                SASSER LAW FIRM

                                                      /s/ Travis Sasser
                                                      Travis Sasser, State Bar No. 26707
                                                      2000 Regency Parkway, Suite 230
                                                      Cary, N.C. 27518
                                                      Tel: 919.319.7400
                                                      Fax: 919.657.7400
                                                      travis@sasserbankruptcy.com
                                                       *Attorney for Debtor*

| | | |
|---|---|---|
| | Capital One Auto Finance<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Avenue<br>Oklahoma City, OK 73118-7901 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| | American Express<br>Attn:Managing Agent/Correspondence<br>P.O.Box 981535<br>El Paso, TX 79998-1535 | Amy Preuss Halferty<br>1132 Shadow Lake Drive<br>Raleigh, NC 27615-1896 |
| Austin Law Firm, PLLC<br>Attn: John Austin<br>PO Box 30<br>Raleigh, NC 27602-0030 | Blue Sky Services Commercial Const<br>Attn: Managing Agent<br>1504 Stratlen Ct.<br>Raleigh, NC 27615-3535 | Capital One Auto Finance<br>Attn: Bankruptcy/Managing Agent<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| First Aid Painting, Inc.<br>1132 Shadow Lake Dr.<br>Raleigh, NC 27615-1896 | Internal Revenue Service<br>Attn: Managing Agent<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | John S. Austin<br>PO Box 17529<br>Raleigh, NC 27619-7529 |
| John W. Reis<br>101 N. Tryon St., Ste. 1300<br>Charlotte, NC 28246-0109 | NC Dept. of Revenue<br>Attn: Bankruptcy Unit<br>PO Box 1168<br>Raleigh, NC 27602-1168 | Synchrony Bank/Lowes<br>Attn: Bankruptcy/Managing Agent<br>PO Box 965060<br>Orlando, FL 32896-5060 |
| TC Atantic Group<br>Attn: Managing Agent<br>211 E. Six Forks Rd., Ste. 110<br>Raleigh, NC 27609-7743 | Towne Bank<br>Attn: Managing Agent<br>6001 Harbour View Blvd<br>Suffolk, VA 23435-2767 | US Bank/RMS<br>Attn: Bankruptcy/Managing Agent<br>PO Box 5229<br>Cincinnati, OH 45201-5229 |
| US Small Business Admin<br>Attn: Managing Agent<br>2 North Street, Suite 320<br>Birmingham, AL 35203 | USAA Casualty Insurance Co<br>Attn: Managing Agent<br>9800 Fredericksburg Rd.<br>San Antonio, TX 78288-0002 | Wells Fargo Bank NA<br>Attn: Managing Agent<br>1 Home Campus Mac X2303-013rd Floor<br>Des Moines, IA 50328-0001 |
| Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | John F. Logan<br>Office Of The Chapter 13 Trustee<br>PO Box 61039<br>Raleigh, NC 27661-1039 | Stephen Bradley Halferty<br>1132 Shadow Lake Dr.<br>Raleigh, NC 27615-1896 |