**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

STEPHEN BRADLEY HALFERTY,                    CASE NO. 22-00101-5-DMW
                                             CHAPTER 13
        DEBTOR

## MOTION TO CONTINUE HEARING

NOW COMES the Debtor and moves the Court to continue the hearing on the Trustee's motion to dismiss set for June 29, 2022. In support of the Motion, the Debtor shows the Court that the parties are waiting on the Internal Revenue Service to amend its claim filed in the case as doing so has relevance to resolving the motion. The confirmation hearing is set for July 20th, and the Trustee has expressed no objection to a continuance of the hearing to July 20th to be set with confirmation.

WHEREFORE, the Debtor requests that the Court enter an Order continuing the said hearing to July 20, 2022.

Dated: June 27, 2022.

                              /s/ Travis Sasser
                              Travis Sasser
                              Attorney for Debtor
                              State Bar No. 26707
                              2000 Regency Parkway, Suite 230
                              Cary, N.C. 27518
                              Tel: 919.319.7400
                              Fax: 919.657.7400
                              travis@sasserbankruptcy.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion To Continue Hearing was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Chapter 13 Trustee
***Served Electronically***

Stephen Halferty
1132 Shadow Lake Dr.
Raleigh, NC 27615

I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 27, 2022.

/s/ Travis Sasser
Travis Sasser
Attorney for Debtor
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, N.C. 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com